# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL THOMAS MARSHALL

NO. 2021 KW 1028

**OCTOBER 25, 2021**

---

In Re:    Michael Thomas Marshall, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 527,237.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> PMc
> JEW
> MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT